UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LINDSAY DON MARTELL | CIVIL ACTION |
| VERSUS | NO. 08-4834 |
| GUILBEAU MARINE, INC. | SECTION "I" (2) |

## ORDER ON MOTION

Local Rule 7.5E of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed AND a copy be delivered to chambers eight days prior to the date set for hearing of the motion. No memorandum in opposition to defendant Wood Group Production Services, Inc.'s Motion to Compel and for Sanctions, Record Doc. No. 18, set for hearing on June 3, 2009 at 11:00 a.m. without oral argument, has been timely submitted. Accordingly, this motion is deemed to be unopposed, and, further, it appearing to the court that the motion has merit,

**IT IS ORDERED** that the motion is GRANTED and plaintiff is **HEREBY ORDERED** to respond to defendant's discovery requests fully and in writing, in accordance with Fed. R. Civ. P. 33 and 34, and to make all responsive documents available to defendant's counsel, within ten (10) days of entry of this order. All objections, except on the basis of attorney-client privilege or work product doctrine, are

deemed waived. In addition, plaintiff must pay to defendant $450 in attorney's fees for his complete failure to respond to discovery served on April 16, 2009. Fed. R. Civ. P. 37(a)(5)(A).

New Orleans, Louisiana, this ___3rd___ day of June, 2009.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE